# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**

      No. 03-20149-06 KHV

**JERMAINE AKINS,**
    **a.k.a. Sherm,**

      **Defendant.**

## O R D E R

This matter comes before the Court on the motion of the United States to dismiss the charges in the indictment (Doc. #236) as to the above-named defendant, without prejudice, and the Court, for good cause shown, finds that the motion should be sustained.

IT IS THEREFORE ORDERED that the charges in the indictment against the above-named defendant described herein is dismissed as to the above-named defendant, without prejudice.

IT IS SO ORDERED.

Dated this 31st day of May, 2005.

                                     s/ Kathryn H. Vratil
                                     HONORABLE KATHRYN H. VRATIL
                                     UNITED STATES DISTRICT COURT JUDGE
                                     District of Kansas